# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

147726

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MAPLE BPA, INC.,
      Plaintiff-Appellant,

v

CHARTER TOWNSHIP OF BLOOMFIELD,
      Defendant-Appellee.

SC: 147726
COA: 302931
Oakland CC: 2010-107782-CK

_____/

On order of the Court, the application for leave to appeal the August 6, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014

Clerk

h0224